UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Jairo Rizo Arce,<br>Petitioner<br>v.<br>Todd Blanche, et al.,<br>Respondents | Case No. 2:26-cv-02594-CDS-BNW<br>**Order Granting Petitioner's Unopposed Motion to Extend Time**<br>[ECF No. 7] |

Petitioner Jairo Rizo Arce's counsel moves to extend by fourteen days the deadline to file an amended petition for writ of habeas corpus because the petitioner had a bond hearing on September 11, 2026. Mot., ECF No. 7. Counsel argues that the additional time will allow them to confirm whether bond is granted and, if Rizo Arce is released, determine whether an amended petition is necessary or, alternatively, what claims to raise in an amended petition. *Id.* Counsel represents that the respondents' counsel does not oppose the extension. *Id.* The court finds that the petitioner's request is made in good faith and not solely for the purpose of delay.

IT IS THEREFORE ORDERED that the petitioner's unopposed motion to extend time to file an amended petition **[ECF No. 7] is GRANTED**. The amended petition is due by September 25, 2026.

Dated: September 11, 2026

Cristina D. Silva
United States District Judge