UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jairo Rizo Arce,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No. 2:26-cv-02594-CDS-NJK

**Order Granting Petitioner's Motion for Limited Discovery and to Extend Time**

[ECF No. 11]

Petitioner Jairo Rizo Arce's counsel moves for limited discovery and for an extension of time to file an amended petition for writ of habeas corpus. ECF No. 11. Rizo Arce's counsel argues that additional time is needed because they cannot determine whether the petitioner's habeas and potential bond claims are likely to succeed without (1) all bond orders and bond hearing transcripts/recordings and (2) all immigration court orders and transcripts/recordings. *Id.* at 3. Because limited discovery is necessary to properly dispose of this matter, I find good cause to grant the request and extend the deadline for filing an amended petition.

It is therefore ordered that the petitioner's motion for limited discovery and to extend time **[ECF No. 11] is granted** nunc pro tunc.

It is further ordered that the respondents must produce the following materials to the petitioner's counsel **by October 14, 2026**: (1) all immigration court orders, including bond orders, and audio recordings of all immigration court proceedings, (2) transcripts and recordings of all bond hearings.

It is further ordered that the respondents must also produce the following materials to the petitioner's counsel **by October 14, 2026**: (1) I-200 warrant for arrest of alien; (2) I-286 initial custody determination; (3) I-862 notice to appear; (4) I-213 record of deportable or inadmissible alien; (5) all bond orders and bond hearing transcripts/recordings; (6) all immigration court orders in the petitioner's removal proceedings or custody redetermination proceedings; (7)

documents reflecting any appeal of any immigration court orders by the Department of Homeland Security or the petitioner; (7) transcripts and/or audio recordings of any custody redetermination proceedings; (8) signed, certified, and unredacted I-205 and travel documents; (9) any other records the federal respondents rely on to justify petitioner's detention. Alternatively, by that same date, the respondents must certify that, after a diligent search, they have determined that the records are not in their possession, custody, or control.

It is further ordered that the petitioner's amended petition is due by October 27, 2026. The respondents must file a response within fourteen days after being served with the amended petition. The petitioner will have five days to file a reply

Dated: October 6, 2026

Cristina D. Silva
United States District Judge